UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GERARDO MEZA LINARES, <br><br> Petitioner, <br><br> v. <br><br> WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., <br><br> Respondents. | No. 1:26-cv-00047-TLN-EFB <br><br><br> **ORDER** |

    Petitioner Jose Gerardo Meza Linares ("Petitioner"), an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Based on the substance of Petitioner's brief and the relief requested therein, the Court construes Petitioner's pleading as containing a motion for a temporary restraining order. *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (stating that pleadings by pro se litigants must be held to less stringent standards than formal pleadings drafted by lawyers).

    Respondents shall file a response to Petitioner's request for injunctive relief on **January 9, 2026**. Any opposition shall provide the Court with copies of all referenced/relevant portions of Petitioner's A-File and any and all available records related to Petitioner's allegations (ECF No. 1), including copies of all orders of release and all detention orders.

    Pending the Court's ruling on this petition, Respondents shall not take any action to transfer Petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966)

1  (acknowledging the Court's "express authority under the All Writs Act to issue such temporary
2  injunctions as may be necessary to protect its own jurisdiction").

3        Petitioner's motion to proceed in forma pauperis is granted.  *See* 28 U.S.C. § 1914.

4        Petitioner has also filed a motion for the appointment of counsel.  In light of the
5  complexity of the legal issues involved, the Court has determined that the interests of justice
6  require the appointment of counsel for Petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also*
7  *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  Within **seven days** from the date of this
8  Order, the appointing authority for the Eastern District of California shall identify counsel and
9  send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy
10  Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect
11  counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal
12  Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for
13  petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

14        In accordance with the above, IT IS HEREBY ORDERED that:

15    1. Respondents shall file a response to Petitioner's request for immediate injunctive
16       relief, including relevant portions of his A-file as stated above, by **January 9, 2026**;
17    2. In order to ensure this Court's jurisdiction to resolve the pending § 2241 petition,
18       Respondents shall not transfer Petitioner to another detention center outside of this
19       judicial district, pending further order of the Court;
20    3. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is granted;
21    4. Petitioner's motion for appointment of counsel (ECF No. 3) is granted; Within **seven**
22       **days from the date of this Order**, the appointing authority for the Eastern District of
23       California shall identify counsel and send counsel's contact information to Michele
24       Krueger, Courtroom Deputy for Chief Judge Troy Nunley, who shall update the
25       docket to reflect counsel's appointment;
26    5. The Clerk of the Court shall serve a copy of this Order on the Federal Defender,
27       Attention:  Habeas Appointment, along with a copy of the § 2241 petition; and
28    6. The Clerk of the Court shall serve a copy of this Order together with a copy of

Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

IT IS SO ORDERED.

Date: January 6, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

3