UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE G.M.L.,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-00047-TLN-EFB

**ORDER**

Having considered the parties' stipulation (ECF No. 40) and good cause appearing, the hearing scheduled on August 25, 2026 for Petitioner's Motion for Order to Show Cause Why Respondents Should Not be Held in Civil Contempt is hereby continued to September 23, 2026 at 10:00 a.m.

Additionally, the Court grants the parties' request to appear by video teleconference. In advance of the hearing, the Courtroom Deputy Clerk will issue a link for the parties to appear via Zoom.

Finally, Petitioner's optional reply brief is due on September 18, 2026.

IT IS SO ORDERED.

DATED: August 25, 2026

Troy L. Nunley
Chief United States District Judge